UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CYPRESS POINTE AT LAKE ORLANDO
CONDOMINIUM ASSOCIATION, INC. ,

    Plaintiff,

v.                                 Case No.  6:10-cv-1459-Orl-36TBS

MT. HAWLEY INSURANCE COMPANY,

    Defendant.
_____

## ORDER

Pending before the Court is Defendant's Motion to Compel Production (Doc. 60).  Plaintiff has not filed a response to the motion and the time for doing so has past.  For the following reasons, the motion is due to be denied without prejudice.

Local Rule 3.01(a) provides that in a motion "the movant shall include . . . a statement of the basis for the request, and a memorandum of legal authority in support of the request . . ."  Defendant's motion does not satisfy either requirement.

Defendant does not aver in its motion that it ever made a formal request under Rule 30 or Rule 34 Fed.R.Civ.P. for the documents it now seeks.  If this is the case, then it is unclear to the Court whether Defendant is proceeding based upon Rule 26(a)(1)(A)(iii) Fed.R.Civ.P., some other rule or statute, correspondence from Defendant's lawyer to Plaintiff's lawyer, or some other basis.

Accordingly, the motion to compel is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 26, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel