**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CYPRESS POINTE AT LAKE ORLANDO
CONDOMINIUM ASSOCIATION, INC.,

      Plaintiff,

v.                                                      Case No: 6:10-cv-1459-Orl-36TBS

MT. HAWLEY INSURANCE COMPANY,

      Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. Smith on November 19, 2012 (Doc. 76). Magistrate Judge Smith recommends that the Court deny Plaintiff Cypress Pointe at Lake Orlando Condominium Association, Inc.'s ("Plaintiff") Motion to Enforce Appraisal and Stay Action Pending Appraisal (Doc. 73). Doc. 76, pp. 3-4.

The Court agrees with the Magistrate Judge that the issue of Defendant Mt. Hawley Insurance Company's ("Defendant") coverage is pending before the Court, and that Plaintiff has acted inconsistently with respect to its right to seek an appraisal by participating in this litigation since 2010. *Id.* at 4 (citing *Summit Towers Condo. Assoc., Inc. v. QBE Ins. Corp.*, 2012 WL 1288735, * 1 (S.D. Fla. 2012)). Also, the Court agrees that ordering an appraisal at this point in the litigation would prejudice Defendant. *Id.* Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 76) is **adopted, confirmed, and approved** in all respects and is made a part of this Order for all purposes, including appellate review.

2) Plaintiff Cypress Pointe at Lake Orlando Condominium Association, Inc.'s Motion to Enforce Appraisal and Stay Action Pending Appraisal (Doc. 73) is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on December 11, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Thomas B. Smith